**UNITED STATES of America
Plaintiff—Appellee,**

v.

**Shannon Paige MORPHIS
Defendant—Appellant.**

No. 02–5606.

United States Court of Appeals,
Sixth Circuit.

April 29, 2003.

Before Judges SILER, GILMAN, and GIBBONS, Circuit Judges.

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is **ORDERED** that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.